UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                                        CHAPTER 13 PROCEEDINGS
TIMOTHY HARPER                     CASE NUMBER: 04-23076
LINDA JO HARPER                HON: DANIEL S OPPERMAN
           Debtor(s).
_____/

**STATEMENT REGARDING FUNDS TO BE
DEPOSITED IN US REGISTRY**

     Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $5.21 for deposits in the U. S. Registry as evidenced by the attached Check No. 254821 made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on June 30, 2010 on behalf of the following debtor:

     June 30, 2010       $5.21   Charter Communication

     Creditor cannot locate the account.

Date: October 18, 2010                         /s/ Thomas W McDonald
                                               Thomas W McDonald, Jr.
                                               Chapter 13 Trustee
                                               3144 Davenport Ave
                                               Saginaw Mi 48602
                                               Telephone (989) 792-6766
                                               ecf@mcdonald13.org